THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LAU, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Young, Rich, Kapper, Hagarty and Seeger, JJ.

MOSES ROSENTHAL, Appellant, v. FRANK G. BROWN and Others, Copartners, etc., Respondents.— Judgment affirmed, with costs. No opinion. Hagarty, Seeger and Carswell, JJ., concur; Young and Lazansky, JJ., dissent, being of opinion that plaintiff was warranted in relying upon defendants' representation that he could have until twelve o'clock to deposit margin, and that he may hold defendants liable for their failure to act as promised.

SAUL SCHULMAN, Appellant. v. C. N. & J. CORPORATION, Respondent.— Order reversed upon the law and the facts, with ten dollars costs and disbursements. Motion for summary judgment granted, with ten dollars costs. No issue of fact herein upon which the defendant is entitled to a trial has survived the adjudications that have already been had between the parties. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

WINTHROP BAKING CO., INC., Appellant, Respondent, v. LAZAR RAIMIST, etc., Respondent, Appellant.— Order, in so far as appealed from by both parties, affirmed, without costs. The rights of these parties, *pendente lite*, seem to us to have been sufficiently safeguarded by the order appealed from. The judgment in this case will be dependent upon such facts as a trial upon the merits may show to be warranted. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

SADIE ZEITLAN, Respondent, v. PHILIP ADELMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Seeger, JJ.

ROSENTHAL BROS. AMUSEMENTS, INC., Respondent, v. P. ANNIE KAUFMAN, Defendant, and GEORGE WAX, Appellant.— Application denied, with ten dollars costs.

KATHERINE SHIELDS, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Application denied, with ten dollars costs.

TILLIE SIMINOWITZ, Respondent, v. MORRIS SIMINOWITZ, Appellant.— Motion to stay appeal granted. Present — Kapper, Rich, Hagarty, Seeger and Carswell, JJ.

ANNA ADRIAN, as Administratrix, etc., of ANTONIA BENDERT, Deceased, Appellant, v. CARRIE BENDERT, Respondent.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event. The testimony offered and received at folios 98–103 of the record, over the proper objection and exception of the plaintiff, was incompetent under the provisions of section 347 of the Civil Practice Act. (*Matter of Callister*, 153 N. Y. 294; *Clift* v. *Moses*, 112 id. 426, 434; *Griswold* v. *Hart*, 205 id. 384.) Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

AMERICAN DOCK COMPANY, Respondent, v. THE CUNARD STEAMSHIP COMPANY, LIMITED, Appellant.— Order of Appellate Term, reversing judgment of the Municipal Court in favor of plaintiff and dismissing plaintiff's complaint, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.